UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: **Faith Elise Burns**
Debtor(s).

CHAPTER 13
CASE NO: **16-40640**
JUDGE **Phillip J. Shefferly**

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **Babut Law Offices P.L.L.C.**, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ **3,500.00** in fees and $ **0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **3,000.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☒ The Debtor(s)' Plan shall continue for no less than **60** months [or until all duly filed claims are paid in full].

☒ The Debtor will provide the Trustee her 2015 Federal Tax Refund by June 15, 2016.

☒ The Debtor will pay all unsecured creditors 100 percent of all duly filed Proof of Claims plus 5 percent interest.

☒ The Debtor's Plan payment shall be increased to $344.63/bw effective May 17, 2016.

☒ Creditor's rights to object to the extension of the plan length are preserved for 28 days from service of the Order Confirming Plan.

Approved:

/s/ Margaret Conti Schmidt
Chapter 13 Standing Trustee
719 Griswold, Suite 1100
Detroit, MI 48226
313-962-5035
notice@det13ksc.com

/s/ Thomas Paluchniak
Thomas Paluchniak P70284
Attorney for Debtor(s)

**Signed on May 21, 2016**

    **/s/ Phillip J. Shefferly**
    **Phillip J. Shefferly**
    **United States Bankruptcy Judge**