# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Faith Elise Burns

Debtor _____ /

CHAPTER 13
CASE NO. 16-40640-PJS
JUDGE PHILLIP J SHEFFERLY

## TRUSTEE'S MOTION TO DISMISS FOR INFEASIBILITY

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and moves this Honorable Court for dismissal of the above-captioned matter pursuant to 11 U.S.C. §1307 for infeasibility, and in support thereof states as follows:

1. That this motion is brought pursuant to 11 U.S.C. §1307 (c). A proposed order is attached as Exhibit A.

2. Pursuant to 11 U.S.C. §1307 (c), "the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause, including --...(6) material default by the debtor with respect to a term of the confirmed plan..."

3. That the Trustee brings this Motion based upon the infeasibility of the Chapter 13 Plan pursuant to the Order Confirming Plan previously entered by the Court on May 21, 2016 and by the failure of the Plan to complete timely resulting in a material default thereon.

4. According to the records of the Trustee, Debtor's 60-month Chapter 13 Plan currently runs 65 months due to OR due in part to claims being received at amounts greater than scheduled.

5. On August 31, 2016, April 30, 2018 and April 12, 2019 the Trustee's office sent notice by letter and e-mail to Debtor's counsel that Debtor plan was running long.

6. To date, Debtor has not filed any documents to address the infeasibility of the plan.

7. Debtor's confirmed Plan is infeasible - Debtor will not pay creditors the required dividend within the length of the Plan pursuant to the Order Confirming Plan.

8. The infeasiblity of the confirmed Plan is a material default and is good cause for this Court to dismiss this case.

9. The Chapter 13 Trustee sought concurrence of debtor's counsel in the relief requested on , but at the time of filing this motion, such concurrence had not been given.

   **WHEREFORE**, the Chapter 13 Trustee prays this Honorable Court dismiss the above-captioned matter due to a material default in the plan provisions and the inability to successfully conclude a Plan.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

May 15, 2019

/s/ KRISPEN S. CARROLL
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street, Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:                           CHAPTER 13

Faith Elise Burns                           CASE NO. 16-40640-PJS

                                            JUDGE PHILLIP J SHEFFERLY

Debtor                              /

### ORDER DISMISSING CASE FOR INFEASIBLITY

This matter having come to be heard upon the Trustee's Motion to Dismiss Due For

Infeasibility filed pursuant to 11 U.S.C. §1307 (c), the Motion having been duly server on

Debtor's counsel and last know address of the Debtor and the requisite time having been

passed without an objection having been filed and the relief requeted in the Motion being

warranted, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned matter shall be and is hereby

dismissed for infeasibility and the inability to complete the Plan, resulting in material default

thereon;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall immediately provide notice of

the entry of this order to all creditors listed in this case, the Debtor, Debtor's attorney, if any,

and the Trustee;

**IT IS FURTHER ORDERED** that Krispen S. Carroll, Trustee, is discharged as Trustee and

the Trustee and her surety is released from any and all liability on account of the within

proceeding;

_____
**U.S. BANKRUPTCY JUDGE**

EXHIBIT "A"

AJ

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re

Faith Elise Burns

CHAPTER 13

CASE NO. 16-40640-PJS

JUDGE PHILLIP J SHEFFERLY

Debtor

Address

1265 HIGHLAND COURT

YPSILANTI, MI  48197

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): 4744

Employer's Tax Identification (EIN) No(s).(if any):

## <u>NOTICE OF TRUSTEE'S MOTION TO DISMISS</u>

The Chapter 13 Trustee has filed papers with the court to dismiss the above-captioned case.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the court to dismiss the above-captioned case or if you want the court to consider your views on the Trustee's motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at (1):

**United States Bankruptcy Court**
**211 W. Fort Street, Suite 2100**
**Detroit, MI  48226**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

All attorneys are required to file pleadings electronically.

You must also send a copy to:

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT**
***ATTN: MOTION DEPARTMENT***
719 Griswold Street, Suite 1100
Detroit, MI 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

May 15, 2019     /s/ KRISPEN S. CARROLL
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street, Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

---
1 Response or answer must comply with F.R.Civ.P.8(b), (c) and (e)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:                              CHAPTER 13

Faith Elise Burns                              CASE NO. 16-40640-PJS

                                               JUDGE PHILLIP J SHEFFERLY

Debtor                                    /

## <u>CERTIFICATE OF MAILING</u>

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S**

**MOTION TO DISMISS FOR INFEASIBILITY, NOTICE OF TRUSTEE'S MOTION TO DISMISS and**

**CERTIFICATE OF MAILING** with the Clerk of the Court using the ECF system which will send

notification of such filing to the following:

BABUT LAW OFFICES PLLC
700 TOWNER STE 1
YPSILANTI, MI 48198-5757


and I hereby certify that I have mailed by United States Postal Service the above mentioned

documents to the following non-ECF participants:


Faith Elise Burns
1265 Highland Court
Ypsilanti, MI 48197


May 15, 2019                          /s/ Angie James

                                      ANGIE JAMES
                                      For the Office of the Chapter 13
                                      Trustee-Detroit
                                      719 Griswold Street, Suite 1100
                                      Detroit, MI 48226
                                      (313) 962-5035
                                      notice@det13ksc.com